1  Michael A. Jones, State Bar #27311
   David B. Nelson, State Bar #34100
2  **ALLEN BARNES & JONES, PLC**
   1850 N. Central Ave., Suite 1150
3  Phoenix, Arizona 85004
   Ofc: (602) 256-6000
4  Fax: (602) 252-4712
   Email: mjones@allenbarneslaw.com
5          dnelson@allenbarneslaw.com

6  Attorneys for the Debtor

7             **UNITED STATES BANKRUPTCY COURT**

8                  **DISTRICT OF ARIZONA**

9  In re:                          Chapter 11

10 RETAIL SOLUTIONS, LLC,          Case No. 2:20-bk-09357-MCW

11         Debtor.                 **OBJECTION TO PROOF OF CLAIM
                                   NO. 9 FILED BY NORGUARD**
12

13        Retail Solutions, LLC ("**Debtor**") pursuant to 11 U.S.C. § 502(b), Fed. R. Bankr.

14 P. 3007, and LRBankr 3007-1, hereby objects to Proof of Claim 9 ("**Claim**") filed by

15 NorGuard Insurance Company ("**NorGuard**"). The Claim allegedly arises out of a

16 third-party audit ("**Audit**") of the Debtor's workman's compensation insurance policy.

17 The Debtor has disputed the results of the Audit for over a year because the amount

18 demanded under the Audit is not supportable, has never been explained to the Debtor

19 despite numerous requests, and has continually and inexplicably changed. The

20 following Memorandum of Points and Authorities supports this Objection.

21             **MEMORANDUM OF POINTS AND AUTHORITIES**

22 **I.    JURISDICTION AND STATUTORY PREDICATES**

23        1.    This Court has jurisdiction over these matters pursuant to 28 U.S.C. §§

24 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B).

25        2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

26 / / /

{00261462 2}

## II. FACTUAL BACKGROUND

1. NorGuard provided the Debtor with a workman's compensation insurance policy ("**Policy**") that covered the period between June 1, 2017, to June 1, 2018. *See* Claim 9 at 3.

2. On or about January 18, 2019, NorGuard completed a third-party audit ("**Audit**") regarding the premiums for the policy and alleged an adjusted premium balance of $27,060 ("**Adjustment**"). *See* **Exhibit A**, attached hereto.

3. On or about May 2, 2019, an agent from NorGuard's collection department ("**NorGuard Representative**") attempted to collect the Adjustment. The Debtor informed the NorGuard Representative that it disputed the Audit's results because they were inconsistent with past audits of the Policy as well as reporting by its payroll servicer at the time, ADP, LLC ("**ADP**"). The Debtor demanded an explanation of the amounts reported in the Audit before it would make payment. The Debtor did not receive an adequate explanation. *See*, **Exhibit B** attached hereto (containing correspondence chain with the NorGuard Representative).

4. NorGuard eventually sent the Adjustment to an external agency, Brown & Joseph, LLC, ("**B&J**"), for collection. The Debtor once again voiced its disputes regarding the Audit's reporting, specifically identifying inaccuracies and inconsistencies with inclusion of owners, coding of employees, and reports by ADP. The Debtor again asked NorGuard to address the issues or conduct a new audit. After the Debtor provided the requested information substantiating its dispute, B&J instructed the Debtor it would only review the information after payment. *See* **Exhibit C** attached hereto (containing correspondence chain with B&J).

5. B&J eventually brought in the Leviton Law Firm ("**Leviton**") to escalate collection. The Debtor informed the law firm of the outstanding dispute but Leviton refused to address the discrepancies. *See* **Exhibit D** attached hereto (containing

correspondence chain with Leviton).

6.      On or about August 30, 2019, the law firm sent the Debtor a purported revised Audit claiming an adjusted balance of $19,619 ("**Revised Adjustment**").  *See* **Exhibit E** attached hereto.  The Revised Adjustment still did not address the Debtor's issues with the original Audit.

7.      On or about May 1, 2020, NorGuard filed a lawsuit against the Debtor initiating Case No. CV2020-005295 before the Maricopa County Superior Court which has been stayed by the Debtor's bankruptcy filing.

8.      Now NorGuard has filed a Claim for $16,471.08 evidencing another apparent adjustment to the Revised Adjustment. *See* Claim No 9 at 7.

## III.   BASES FOR OBJECTION

While a properly filed proof of claim is presumed valid, once an objection to the proof of claim controverts the presumption, the creditor ultimately bears the burden of persuasion as to the validity and amount of the claim.  *See Ashford v. Consol. Pioneer Mortg. (In re Consol. Pioneer Mortg.)*, 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), *aff'd*, 9 F.3d 151 (9th Cir. 1996).  The ultimate burden of proof as to the validity of a proof of claim "remains at all times upon the claimant."  *Lundell v. Anchor Constr. Specialists, Inc. (In re Lundell)*, 223 F.3d 1035, 1039 (9th Cir. 2000).  The Court may not allow any claim that is "unenforceable against the debtor and property of the debtor, under any agreement or applicable law . . . ."  11 U.S.C. § 502(b)(1).

The Claim should be disallowed because the amount is unsupportable.   The Debtor has repeatedly disputed the calculation of the Claim.  The Audit's calculations and results are inconsistent with those of previous years.   Specifically, the Debtor disputes the amounts comprising the NorGuard's Audit, including employee coding and inclusion.   Upon request, the Debtor provided NorGuard with payroll information demonstrating the discrepancy in the calculations.  The Debtor has repeatedly requested

NorGuard substantiate the Audit's valuations or perform a new and accurate Audit. Despite these many requests, NorGuard has continually refused to address the Debtor's stated issues. With the NorGuard Claim based on an inaccurate Audit with an inaccurate amount, the Court should disallow the Claim.

WHEREFORE, the Debtor requests that the Court enter an order:

A.     Sustaining this Objection in full;

B.     Disallowing the Claim; and

C.     Granting the Debtor such other and further relief as is just.

DATED: November 17, 2020.

**ALLEN BARNES & JONES, PLC**

*/s/ DBN #34100*
Michael A. Jones
David B. Nelson
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Attorneys for the Debtor

**E-FILED** on November 17, 2020 with the
U.S. Bankruptcy Court and copies served
via ECF notice on all parties that have
appeared in the case.

**COPY** e-mailed the same date to:

Edward K. Bernatavicius
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706
Edward.k.bernatavicius@usdoj.gov
*Trial Attorney*

Cody J. Jess, Esq.
Scott R. Goldberg, Esq.
MOYES, SELLERS & HENDRICKS, LTD.
1850 N. Central Avenue, Suite 1100
Phoenix, AZ 85004-4541
cjess@law-msh.com
sgoldberg@law-msh.com
*Attorneys for Interwest Sales & Marketing, LLC*

Lynton Kotzin
Kotzin Valuation Partners
2800 N Central Avenue, Suite 1725
Phoenix, AZ 85004
lkotzin@kotzinvaluation.com
*Subchapter V Trustee*

Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA17121
ra-li-ucts-bankrupt@state.pa.us
*Attorney for Office of Unemployment Tax Services*
*Dept. of Labor & Industry, Commonwealth of Pennsylvania*

Scott B. Cohen
Michael P. Rolland
ENGELMAN BERGER, P.C.
2800 N. Central Ave., Suite 1200
Phoenix, AZ 85004
sbc@eblawyers.com
mpr@eblawyers.com
*Attorneys for Bryan Macaraig*

Stanley M. Hammerman
John R. Hultgren
HAMMERMAN & HULTGREN, P.C.
3101 N. Central Ave., Suite 1030
Phoenix, AZ 85012
Stan@hammerman-hultgren.com
Minute_Entry@hammerman-hultgren.com
*Attorneys for Norguard Insurance Company*


*/s/ Stephanie Sheffield*

# Exhibit A

# Important Information



**Berkshire Hathaway GUARD** Insurance Companies

Retail Solutions LLC
16445 N 91st St
Suite 105
Scottsdale, AZ 85260

**Agency**

AUTOMATIC DATA PROCESSING INSURANCE AGENCY, INC.
1 ADP Boulevard
Roseland, NJ 07068

# Final Audit of Your Workers' Compensation Policy with NorGUARD Insurance Company

### Policy Number ████████2763

At this time, we are forwarding audit information for the insurance policy shown above. As you can see, this recap is self-explanatory and enables you to quickly review the transaction. However, you should also be aware that the amount due on any current Berkshire Hathaway GUARD Insurance Companies policy may be adjusted to reflect the results of this audit of your expired term. We suggest you place the enclosed document with the balance of the policy. If you have any questions, please feel free to contact us at 800-673-2465.

**Policy Period**
From June 1, 2017 to June 1, 2018, 12:01 AM, standard time at the insured's mailing address.

## Type of Endorsement and Party Requesting the Change

Forms - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Anniversary Rating Date - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Anniversary Rating Date - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder
Payroll - The Policyholder

## Workers' Compensation Specialists

INTERNAL USE ____ YW
MGA : ████2763
Date : 8/29/2019
DECTO : T
Endorsement Recap



## Policy Information Page - Final Audit

| [1] Named Insured and Mailing Address | Agency |
|---|---|
| Retail Solutions LLC<br>16445 N 91st St<br>Suite 105<br>Scottsdale, AZ 85260 | AUTOMATIC DATA PROCESSING INSURANCE AGENCY, INC.<br>1 ADP Boulevard<br>Roseland, NJ 07068<br>Agency Code: NJADPI10 |

**Federal Employer's ID** ████6775          **Insured is** Limited Liability Co. (LLC)

**Locations On Policy**          - See Extension of Information Page -
Schedule of Locations - WC 040003

---

### [2] Policy Period
From June 1, 2017 to June 1, 2018, 12:01 AM, standard time at the insured's mailing address.

---

### Revision
Revision #5, effective on the date shown below, 12:01 AM, standard time, changes the listed items. All other terms and conditions of the policy remain unchanged.

WC040004 - Forms - Eff. 06/01/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Anniversary Rating Date - Eff. 06/01/2017
WC890415 - Payroll - Eff. 11/17/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Anniversary Rating Date - Eff. 06/01/2017
WC890415 - Payroll - Eff. 11/17/2017
WC890415 - Payroll - Eff. 06/01/2017
WC890415 - Payroll - Eff. 06/01/2017

---

### [3] Coverage

A.   Workers' Compensation Insurance - **Part One** of this policy applies to the Workers' Compensation Law of the following states: Alabama, Arizona, California, Colorado, Georgia,

B.   Idaho, Illinois, Indiana, Kansas, Louisiana, Montana, North Carolina, New Mexico, Nevada, Oklahoma, Oregon, Tennessee, Texas, Utah, Wisconsin

    Employer's Liability Insurance - **Part Two** of this policy applies to work in each of the states listed in item [3]A. The limits of our liability under Part Two are:
    Bodily Injury by Accident - each accident    $1,000,000
    Bodily Injury by Disease - each employee    $1,000,000
    Bodily Injury by Disease - policy limit    $1,000,000

C.   Other States Insurance - **Part Three** of this policy applies to all states, except any state listed in item [3]A. and the states of North Dakota, Ohio, Washington, West Virginia, and Wyoming.

---

INTERNAL USE    YW
MGA    : ████2763
Date   : 01/18/2019

- Page - 1 -

Endorsement
WC890600

D. This policy includes these endorsements and schedules:

See Extension of Information Page - Schedule of Forms - WC 040004

**[4] Premium**
The Premium Basis and, therefore, the premium will be determined by our Manual of Rules, Classifications, Rates, and Rating Plans. All required information is subject to verification and change by audit. (Continued on another page)

| | | |
|---|---|---|
| **Total Policy Premium** | $ | 130,395 |
| **Total Surcharges/Assessments** | $ | 1,225.00 |
| **Total Cost** | $ | 131,620.00 |

©1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

**EXTENSION OF INFORMATION PAGE**

Schedule of Locations

ITEM 1

POLICY NO. ███2763

(L1)   4508 E Barwick Dr , Cave Creek, AZ 85331 (06/01/2017 - 06/01/2018)
(L2)   732 Avenida Abeja , San Marcos, CA 92069 (06/01/2017 - 06/01/2018)

©1983 by the Workers Compensation Insurance Rating Bureau of California. All rights reserved.



## Policy Information Page - Final Audit

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　WC 04 00 04
(Ed. 7-98)

### EXTENSION OF INFORMATION PAGE

Schedule of Forms

ITEM 3D

POLICY NO. ████ 2763

Form Numbers
PN049901F - CA YOUR RIGHT TO RATING AND DIVDEND INFO
PN049902B - CA POLICYHOLDER NOTICE - WC RATING LAWS
PN049904 - CA INS. GUARANTEE ASSOC.(CIGA) SURCHARGE
WC000000C - STANDARD POLICY
WC000001A - INFORMATION PAGE
WC000308 - PARTNERS, OFFICERS & OTHERS EXCL. END.
WC000310 - SOLE PROP., PART., OFF. & OTHERS COV.
WC000403 - EXPERIENCE RATING MODIFICATION FACTOR
WC000404 - PENDING RATE CHANGE ENDORSEMENT
WC000406 - PREMIUM DISCOUNT ENDORSEMENT
WC000406A - PREMIUM DISCOUNT ENDORSEMENT
WC000414 - NOTIFICATION OF CHANGE IN OWNERSHIP ENDT
WC000419 - PREMIUM DUE DATE ENDORSEMENT
WC000421D - CATASTROPHE(OTHER THAN CERT ACTS OF TERR
WC000422B - TERR RISK INS PROG REAUTHORIZATION ACT
WC000424 - AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT
WC000425 - EXP. RATING MODIF. FACTOR REVISION END'T
WC020601A - AZ CANCELLATION ENDORSEMENT
WC040003 - CA EXT OF INFO PAGE-SCH OF LOCATIONS
WC040004 - CA EXT OF INFO PAGE-SCHEDULE OF FORMS
WC040301B - POLICY AMENDATORY ENDORSEMENT-CALIFORNIA
WC040310 - CA DUTY TO DEFEND
WC040318B - CA LLC COVERAGE/EXCLUSION ENDORSEMENT
WC040410 - CA ESTIMATED ANNUAL PREMIUM ENDORSEMENT
WC040422 - CALIFORNIA SHORT-RATE CANCELLATION END'T
WC040601A - CA CANCELLATION ENDORSEMENT
WC050402 - CO CLASSIFICATION ENDORSEMENT
WC050403 - CO PREM CREDIT FOR CERT RISK MGMT PROG
WC100601B - GA CANCELATION,NONRENEWAL & CHANGE ENDT
WC120306A - IL WC INSURANCE POLICY EXCLUSION END.

Applicable States

INTERNAL USE    YW
MGA      : ████ 2763
Date     : 01/18/2019

Page - 4 -

Endorsement
WC890600


### Policy Information Page - Final Audit

WC120601E - IL AMENDATORY ENDORSEMENT
WC150401A - KS FINAL PREMIUM ENDORSEMENT
WC150404 - KS PENDING LOSS COST ENDORSEMENT
WC150601A - KS CANCELLATION AND NONRENEWAL END'T
WC170303 - LA DUTY TO DEFEND ENDORSEMENT
WC170601H - LA AMENDATORY ENDORSEMENT
WC250305 - MT INTENTIONAL INJURY EXCLUSION END'T
WC250401A - MT AUDIT NONCOMPLIANCE CHARGE ENDORSEMEN
WC250601B - MT CANCELLATION AND NONRENEWAL END'T
WC250602 - MT SAFETY ENDORSEMENT
WC270601C - NEVADA CANCELLATION AND NONRENEWAL ENDT
WC300302 - NM SAFETY DEVICE EXCLUSION ENDORSEMENT
WC300402 - New Mexico Assigned Risk Surcharge Endor
WC300601A - NM CANCELATION AND NON-RENEWAL END'T
WC320301C - NC AMENDED COVERAGE ENDORSEMENT
WC320602 - NC PRO-RATA CANCELLATION ENDORSEMENT
WC350303 - OKLAHOMA EL INTENTIONAL TORT EXCLUSION
WC350601F - OK CANCEL,NONRENEWAL,AND CHANGE END'T
WC350603 - OK FRAUD WARNING ENDORSEMENT
WC360306 - OR LIMITS OF LIABILITY END'T
WC360406 - OR PREMIUM DUE DATE END'T
WC360601E - OR CANCELLATION END'T
WC360602 - OR CONFIDENTIALITY END'T
WC360604 - OREGON AMENDATORY ENDORSEMENT
WC410402 - TN PENDING LOSS COST & ASSIGN.RISK RATE
WC420301H - TEXAS AMENDATORY ENDORSEMENT
WC420407 - TEXAS - AUDIT PREMIUM ENDORSEMENT
WC430601 - UT WORKPLACE SAFETY PROGRAM ENDT
WC430602 - UT CANCELLATION ENDORSEMENT
WC480601C - WI LAW ENDORSEMENT
WC480606B - WI CANCELLATION AND NONRENEWAL END'T
WC990000 - AUTHORIZATION AND ATTESTATION END'T
WC990005 - IL NOTICE OF CONTACT FOR COMPLAINTS
WC990007 - IL WC COMMISSION OPER. FUND SURCHARGE
WC990014 - CALIFORNIA CHANGES - AMENDATORY END'T
WC990605A - AZ AMENDATORY ENDORSEMENT POLICY JACKET

INTERNAL USE ___ YW

MGA     : ████2763
Date    : 01/18/2019

Page - 5 -

Endorsement
WC890600

# Berkshire Hathaway
## GUARD Insurance Companies

## Policy Information Page - Final Audit

## [4] Premium (cont.)

### Alabama

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 0.00 | 7.89 | 0 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.4% | 0 |
| | | | | |
| Total Annual Premium for AL | | | | 0 |

### Arizona

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| SALESPERSONS OR COLLECTORS-OUTSIDE | 8742 | 108,220.00 | 0.34 | 368 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 162,069.00 | 0.21 | 340 |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 803,216.00 | 4.96 | 39,840 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 446 |
| Experience Modification | | | 1.23 | 9,429 |
| | | | | |
| Premium Discount | | | 8.456% | -4,264 |
| Total Annual Premium for AZ | | | | 46,159 |

### California

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| STORE: RETAIL, NOC | 8017 | 825,606.00 | 5.87 | 48,463 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 0.00 | 0.60 | 0 |
| Territorial Rating, San Diego and Imperial Valley | | | 0.9 | -4,846 |
| Experience Modification | | | 0.69 | -13,521 |
| | | | | |
| Premium Discount | | | 4.645% | -1,398 |
| Total Annual Premium for CA | | | | 28,698 |

INTERNAL USE    YW

| MGA | : 2763 |
|---|---|
| Date | : 01/18/2019 |

Page - 6 -

Endorsement
WC890600

# Berkshire Hathaway
# GUARD Insurance Companies

**Policy Information Page - Final Audit**

## Colorado

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 345,890.00 | 5.41 | 18,713 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 206 |
| Experience Modification | | | 1.23 | 4,351 |
| | | | | |
| Premium Discount | | | 11.014% | -2,563 |
| Total Annual Premium for CO | | | | 20,707 |

## Georgia

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 117,228.00 | 5.28 | 6,190 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 68 |
| Experience Modification | | | 1.23 | 1,439 |
| | | | | |
| Premium Discount | | | 11.017% | -848 |
| Total Annual Premium for GA | | | | 6,849 |

## Idaho

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 0.00 | 0.28 | 0 |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 49,778.00 | 4.76 | 2,369 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 26 |
| Experience Modification | | | 1.23 | 551 |
| | | | | |
| Premium Discount | | | 10.998% | -324 |
| Total Annual Premium for ID | | | | 2,622 |

INTERNAL USE    YW
MGA     : ███ 2763
Date    : 01/18/2019

Page - 7 -

Endorsement
WC890600

Case 2:20-bk-09357-MCW   Doc 111   Filed 11/17/20   Entered 11/17/20 17:05:39   Desc
Main Document    Page 14 of 76

# Berkshire Hathaway
## GUARD Insurance Companies

## Policy Information Page - Final Audit

### Illinois

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 0.00 | 6.55 | 0 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.4% | 0 |
| Experience Modification | | | 1.23 | 0 |
| | | | | |
| Total Annual Premium for IL | | | | 0 |

### Indiana

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 0.00 | 3.28 | 0 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 0 |
| Experience Modification | | | 1.23 | 0 |
| | | | | |
| Total Annual Premium for IN | | | | 0 |

### Kansas

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 25,520.00 | 5.93 | 1,513 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 17 |
| Experience Modification | | | 1.23 | 352 |
| | | | | |
| Premium Discount | | | 10.999% | -207 |
| Total Annual Premium for KS | | | | 1,675 |

INTERNAL USE    YW

MGA    : ████2763
Date   : 01/18/2019

Page - 8 -

Endorsement
WC890600

Case 2:20-bk-09357-MCW. Doc 11 · Filed 11/17/20    Entered 11/17/20 17:05:39    Desc
Main Document      Page 15 of 76

# Berkshire Hathaway
## GUARD Insurance Companies

**Policy Information Page - Final Audit**

## Louisiana

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 0.00 | 5.47 | 0 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.4% | 0 |
| Experience Modification | | | 1.23 | 0 |
| | | | | |
| Total Annual Premium for LA | | | | 0 |

## Montana

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 13,678.00 | 5.94 | 812 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 9 |
| Experience Modification | | | 1.23 | 189 |
| | | | | |
| Premium Discount | | | 10.99% | -111 |
| Total Annual Premium for MT | | | | 899 |

## Nevada

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 36,000.00 | 5.55 | 1,998 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 22 |
| Experience Modification | | | 1.23 | 465 |
| | | | | |
| Premium Discount | | | 11.026% | -274 |
| Total Annual Premium for NV | | | | 2,211 |

INTERNAL USE    YW
MGA    : ▮2763
Date   : 01/18/2019

Page - 9 -

Endorsement
WC890600

# Berkshire Hathaway
# GUARD Insurance Companies

**Policy Information Page - Final Audit**

## New Mexico

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 65,493.00 | 4.69 | 3,072 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 34 |
| Experience Modification | | | 1.23 | 714 |
| | | | | |
| Premium Discount | | | 11.021% | -421 |
| Total Annual Premium for NM | | | | 3,399 |

## North Carolina

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 11/17/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 6,509.00 | 5.47 | 356 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 4 |
| | | | | |
| Premium Discount | | | 11.111% | -40 |
| Total Annual Premium for NC | | | | 320 |

## Oklahoma

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 67,128.00 | 6.16 | 4,135 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.4% | 58 |
| Experience Modification | | | 1.23 | 964 |
| | | | | |
| Premium Discount | | | 11.014% | -568 |
| Total Annual Premium for OK | | | | 4,589 |

INTERNAL USE    YW
MGA    : ▮2763
Date   : 01/18/2019

Page - 10 -

Endorsement
WC890600

# Berkshire Hathaway
## GUARD Insurance Companies

**Policy Information Page - Final Audit**

## Oregon

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 0.00 | 0.16 | 0 |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 67,394.00 | 5.18 | 3,491 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 0.4% | 14 |
| Experience Modification | | | 1.23 | 806 |
| | | | | |
| Premium Discount | | | 11.018% | -475 |
| Total Annual Premium for OR | | | | 3,836 |

## Tennessee

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 11/17/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 26,747.00 | 3.56 | 952 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.4% | 13 |
| | | | | |
| Premium Discount | | | 10.984% | -106 |
| Total Annual Premium for TN | | | | 859 |

## Texas

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| STORE: RETAIL NOC & DRIVERS | 8017 | 302,242.00 | 1.32 | 3,990 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.4% | 56 |
| Experience Modification | | | 1.23 | 931 |
| | | | | |
| Premium Discount | | | 9.865% | -491 |
| Total Annual Premium for TX | | | | 4,486 |

INTERNAL USE    YW
MGA    : ███2763
Date   : 01/18/2019

Page - 11 -

Endorsement
WC890600

Case 2:20-bk-09357-MCW   Doc 11   Filed 11/17/20   Entered 11/17/20 17:05:39   Desc
Main Document    Page 18 of 76

# Berkshire Hathaway
## GUARD Insurance Companies

**Policy Information Page - Final Audit**

## Utah

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 0.00 | 0.13 | 0 |
| CLERICAL TELECOMMUTER EMPLOYEES | 8871 | 0.00 | 0.07 | 0 |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 62,108.00 | 2.77 | 1,720 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 19 |
| Experience Modification | | | 1.23 | 400 |
| | | | | |
| Premium Discount | | | 11.033% | -236 |
| Total Annual Premium for UT | | | | 1,903 |

## Wisconsin

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 0.00 | 9.13 | 0 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 0 |
| Experience Modification | | | 1.23 | 0 |
| | | | | |
| Total Annual Premium for WI | | | | 0 |

INTERNAL USE    YW

MGA    :    2763

Date    : 01/18/2019

Page - 12 -

Endorsement
WC890600

Case 2:20-bk-09357-MCW    Doc 11    Filed 11/17/20    Entered 11/17/20 17:05:39    Desc
Main Document    Page 19 of 76

# Berkshire Hathaway
# GUARD Insurance Companies

**Policy Information Page - Final Audit**

## Policy Totals

| | |
|---|---:|
| Total Standard Premium for Alabama | 0 |
| Total Standard Premium for Arizona | 46,159 |
| Total Standard Premium for California | 28,698 |
| Total Standard Premium for Colorado | 20,707 |
| Total Standard Premium for Georgia | 6,849 |
| Total Standard Premium for Idaho | 2,622 |
| Total Standard Premium for Illinois | 0 |
| Total Standard Premium for Indiana | 0 |
| Total Standard Premium for Kansas | 1,675 |
| Total Standard Premium for Louisiana | 0 |
| Total Standard Premium for Montana | 899 |
| Total Standard Premium for North Carolina | 320 |
| Total Standard Premium for New Mexico | 3,399 |
| Total Standard Premium for Nevada | 2,211 |
| Total Standard Premium for Oklahoma | 4,589 |
| Total Standard Premium for Oregon | 3,836 |
| Total Standard Premium for Tennessee | 859 |
| Total Standard Premium for Texas | 4,486 |
| Total Standard Premium for Utah | 1,903 |
| Total Standard Premium for Wisconsin | 0 |

| | | | | |
|---|---|---|---|---:|
| Catastrophe | 9741 | 0.01 | 13,678 | 1 |
| Terrorism NV | 9740 | 0.0145 | 36,000 | 5 |
| Terrorism OK | 9740 | 0.016 | 67,128 | 11 |
| Catastrophe | 9741 | 0.03 | 26,747 | 8 |
| Catastrophe | 9741 | 0.01 | 0 | 0 |
| Catastrophe | 9741 | 0.01 | 49,778 | 5 |
| Terrorism WI | 9740 | 0.02 | 0 | 0 |
| Catastrophe | 9741 | 0.02 | 25,520 | 5 |
| Terrorism CO | 9740 | 0.0145 | 345,890 | 50 |
| Terrorism LA | 9740 | 0.016 | 0 | 0 |

INTERNAL USE    YW
MGA       : ████2763
Date      : 01/18/2019

Page - 13 -

Endorsement
WC890600

**Berkshire Hathaway**
**GUARD** Insurance Companies

## Policy Information Page - Final Audit

| | | | | | |
|---|---|---|---|---|---|
| Terrorism TN | 9740 | 0.02 | 26,747 | | 5 |
| Catastrophe | 9741 | 0.02 | 0 | | 0 |
| Terrorism KS | 9740 | 0.0159 | 25,520 | | 4 |
| Catastrophe | 9741 | 0.02 | 67,394 | | 13 |
| Catastrophe | 9741 | 0.01 | 62,108 | | 6 |
| Catastrophe | 9741 | 0.01 | 1,073,505 | | 107 |
| Terrorism CA | 9740 | 0.03 | 825,606 | | 248 |
| Terrorism NM | 9740 | 0.0151 | 65,493 | | 10 |
| Catastrophe | 9741 | 0.02 | 6,509 | | 1 |
| Catastrophe | 9741 | 0.02 | 0 | | 0 |
| Catastrophe | 9741 | 0.01 | 0 | | 0 |
| Terrorism IL | 9740 | 0.0565 | 0 | | 0 |
| Catastrophe | 9741 | 0.02 | 117,228 | | 23 |
| Terrorism IN | 9740 | 0.024 | 0 | | 0 |
| Terrorism UT | 9740 | 0.0145 | 62,108 | | 9 |
| Terrorism AL | 9740 | 0.0166 | 0 | | 0 |
| Terrorism GA | 9740 | 0.0167 | 117,228 | | 20 |
| Terrorism TX | 9740 | 0.024 | 302,242 | | 73 |
| Catastrophe | 9741 | 0.01 | 36,000 | | 4 |
| Catastrophe | 9741 | 0.02 | 825,606 | | 165 |
| Terrorism AZ | 9740 | 0.0105 | 1,073,505 | | 113 |
| Catastrophe | 9741 | 0.02 | 67,128 | | 13 |
| Catastrophe | 9741 | 0.01 | 345,890 | | 35 |
| Terrorism MT | 9740 | 0.0135 | 13,678 | | 2 |
| Expense Constant | | | | | 225 |
| Catastrophe | 9741 | 0.01 | 0 | | 0 |
| Terrorism OR | 9740 | 0.016 | 67,394 | | 11 |
| Terrorism NC | 9740 | 0.0158 | 6,509 | | 1 |
| Terrorism ID | 9740 | 0.02 | 49,778 | | 10 |
| Minimum Premium OK | $1,605 | | | | |
| Total Annual Premium | | | | | 130,395 |

INTERNAL USE     YW
MGA       :          2763
Date      : 01/18/2019

Page - 14 -

Endorsement
WC890600

Berkshire Hathaway
**GUARD** Insurance Companies

### Policy Information Page - Final Audit

| | |
|---|---|
| MT WC Regulatory Assessment Surcharge  06/01/2017-06/01/2018   1.5592% | 14 |
| IL Industrial Commission Operation Fund  06/01/2017-06/01/2018   1.0100% | 0 |
| CA Fraud Surcharge  06/01/2017-06/01/2018   0.1675% | 49 |
| CA OSHF Assessment  06/01/2017-06/01/2018   0.2305% | 67 |
| IN Second Injury Fund  06/01/2017-06/01/2018   0.6100% | 0 |
| MT Workers Compensation Subsequent Injury Fund Surcharge  06/01/2017-06/01/2018 | 6 |
| MT Occupational Safety & Health Regulatory Assessment Surcharge  06/01/2017-06/01/2 | 6 |
| CA WCARF Assessment  06/01/2017-06/01/2018   0.3128% | 91 |
| CA CIGA Surcharge  06/01/2017-06/01/2018   2.0000% | 582 |
| CA LECF Assessment  06/01/2017-06/01/2018   0.1918% | 56 |
| CA SIBTF Assessment  06/01/2017-06/01/2018   0.1335% | 39 |
| OR Workers Compensation Premium Assessment  06/01/2017-06/01/2018   6.8000% | 294 |
| CA UEBTF Assessment  06/01/2017-06/01/2018   0.0721% | 21 |
| Total Cost for REWC892763 | 131,620 |

Countersigned _____ , at _____

by _____
(Authorized Representative)

## Policy Reconciliation Page - Final Audit

| | |
|---|---|
| Policy cost prior to final audit | $ 111,550 |
| Billing fees charged | $ 0 |
| Payments applied | $(104,561) |
| Final audit adjustment | $ 20,070 |
| **Balance due** | **$ 27,060** |

(The balance due will be billed separately.)

INTERNAL USE ____ YW
MGA    : [redacted]2763
Date   : 01/18/2019

Page - 15 -

Endorsement
WC890600


Case 2:20-bk-09357-MCW  Doc 11  Filed 11/17/20  Entered 11/17/20 17:05:39  Desc
Main Document    Page 22 of 76

### NEW MEXICO ASSIGNED RISK SURCHARGE ENDORSEMENT

This endorsement is added to Part Five (Premium). It explains the premium you will pay for the insurance afforded by this policy with respect to operations in this state.

The surcharge applies to the total Standard Premium for your assigned risk policy issued in the state of New Mexico. The total Standard Premium will be subject to the percentage shown in Item 4 of the Information Page.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No. REWC892763          Endorsement No.
Insured                                                                Premium $

Insurance Company                        Countersigned by _____

**WC 30 04 02**
(Ed. 1-05)

© 2004 National Council on Compensation Insurance, Inc.



# Sole Proprietors, Partners, Officers and Others Endorsement

**Policy Effective Date**   06/01/2017

**Issued To**                    Retail Solutions LLC

An election was made by or on behalf of each person described in the Schedule to be subject to the Workers' Compensation Law of the state named in the Schedule.  The premium basis for the policy includes the remuneration of such persons.

## Schedule

**Persons**                                                                                      **State**

Others:
    Suzanne Bradshaw

INTERNAL USE     YW
MGA        :        2763
Date       : 01/18/2019

WC000310

Case 2:20-bk-09357-MCW   Doc 111   Filed 11/17/20   Entered 11/17/20 17:05:39   Desc
Main Document      Page 24 of 76

P.O. Box A-H • 16 S. River Street • Wilkes-Barre, PA 18703-0020 • www.guard.com

# Exhibit B

**From:** Zachary Motil <Zachary.Motil@guard.com>
**Sent:** Saturday, June 15, 2019 8:50 AM
**To:** 'Jed Bradshaw' <jedb@iwsmllc.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ███████2763

Your profit and loss does not match your quarterly tax returns. This is a concern, which is why we are asking for an actual payroll summary and what was supplied to the vendor auditor at the time of the audit to make sure the correct numbers were used. If you are refusing to provide this information and further look into your disagreement with the audit, this will be sent to a collection agency and the $27,059.50 will be pursued.

Thank you,

**Zachary Motil**
COLLECTIONS REPRESENTATIVE
Berkshire Hathaway GUARD Insurance Companies
Zachary.Motil@guard.com
570-825-9900, ext.1038

**From:** Jed Bradshaw <jedb@iwsmllc.com>
**Sent:** Saturday, June 15, 2019 10:44 AM

**To:** Zachary Motil <Zachary.Motil@guard.com>
**Subject:** Re: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ██████2763

You were supplied the information below and a P&L out of QuickBooks. I'm not paying the additional amount your auditor states we owe.

Jed Bradshaw
IWSM
16445 N 91st Street #105
Scottsdale, AZ 85260
(480) 968-6991
██████████

jedb@iwsmllc.com

On Sat, Jun 15, 2019 at 7:40 AM Zachary Motil <Zachary.Motil@guard.com> wrote:

Hello,

If you use QuickBooks, you should be able to provide a payroll summary for the policy period 6/1/17-5/31/18 as well. Please provide this information. Also, your quarterly tax returns showed over 3 million in payroll. Are you stating that your tax returns are incorrect? This was also noted from the vendor auditor - "Jed Bradshaw had no objections or concerns with his policy and there were no questions for the carrier about the policy."

Thank you,

**Zachary Motil**

COLLECTIONS REPRESENTATIVE

Berkshire Hathaway GUARD Insurance Companies

Zachary.Motil@guard.com

570-825-9900, ext.1038

**From:** Jed Bradshaw <jedb@iwsmllc.com>
**Sent:** Friday, June 14, 2019 4:56 PM

**To:** Zachary Motil <Zachary.Motil@guard.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ██████2763

The audit was from 2017 to 2018 and I'm pretty sure we were under contract with your company. The auditor had no clue what he was doing based on the past 3 audit your company has conducted. You should review previous audits to compare.

He is a quick over view of the information from QuickBooks / my bank. I attached a P&L for the dates below as well

                        6/1/2017 to 5/31/18 .

Payroll          $2,767,668.20 (this include owners salaries not covered by the policy)

Workman's     $104,560.50

Fee's             $9406.02

Garnishment   $16735.45

Total payroll    $2,874,531.38

Tax               $ 895,701.44

Jed Bradshaw

IWSM

16445 N 91st Street  Suite #105

Scottsdale, AZ 85260

480 968-6991 Office

██████ Cell

**From:** Zachary Motil <Zachary.Motil@guard.com>
**Sent:** Friday, June 14, 2019 2:24 PM
**To:** 'Jed Bradshaw' <jedb@iwsmllc.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ██████2763

ADP has informed us that you are no longer an active client with them. This is the financial responsibility of the policyholder, not the agent. So if you do not agree with the audit findings you should be contacting ADP directly. Without any additional dispute or payment of the audit balance, we will have to send this to a 3rd party collection agency.

**Zachary Motil**

COLLECTIONS REPRESENTATIVE

Berkshire Hathaway GUARD Insurance Companies

Zachary.Motil@guard.com

570-825-9900, ext.1038

**From:** Jed Bradshaw <jedb@iwsmllc.com>
**Sent:** Friday, June 14, 2019 9:38 AM
**To:** Zachary Motil <Zachary.Motil@guard.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ██████2763

As I stated before ADP withheld the money based on actual payroll, if you think ADP did not hold the right amount have them come to me.

Jed Bradshaw

IWSM

16445 N 91st Street  Suite #105

Scottsdale, AZ 85260

480 968-6991 Office

**From:** Zachary Motil <Zachary.Motil@guard.com>
**Sent:** Friday, June 14, 2019 7:32 AM
**To:** 'Jed Bradshaw' <jedb@iwsmllc.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ████2763

Based on the audit you did not pay the correct amounts and that is why there is a balance due. This is the reason we complete an audit at the end of every policy period.

**Zachary Motil**

COLLECTIONS REPRESENTATIVE

Berkshire Hathaway GUARD Insurance Companies

Zachary.Motil@guard.com

570-825-9900, ext.1038

**From:** Jed Bradshaw <jedb@iwsmllc.com>
**Sent:** Friday, June 14, 2019 9:30 AM
**To:** Zachary Motil <Zachary.Motil@guard.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ████2763

I'm not going back to ADP, as it stands right now we paid the correct amount for Workman's comp from your company based on the payroll reports for ADP

Jed Bradshaw

IWSM

16445 N 91st Street  Suite #105

Scottsdale, AZ 85260

480 968-6991 Office

█████████

---

**From:** Zachary Motil <Zachary.Motil@guard.com>
**Sent:** Friday, June 14, 2019 7:23 AM
**To:** 'Jed Bradshaw' <jedb@iwsmllc.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ████2763

As I stated before, the quarterly tax returns were used at audit to calculate the payroll making the adjustment for one month that the policy is off quarter. ADP's numbers don't seem to match your tax returns. We will always use the tax returns as this is what is reported to the state and IRS. The vendor used what was provided for the audit, if you wish to go back to ADP to discuss you can or provide exactly what was provided to the vendor for the audit as the audit was conducted with you. However, without any other information there is nothing to review and the balance due will be pursued by collections.

---

**Zachary Motil**

COLLECTIONS REPRESENTATIVE

Berkshire Hathaway GUARD Insurance Companies

Zachary.Motil@guard.com

570-825-9900, ext.1038

**From:** Jed Bradshaw <jedb@iwsmllc.com>
**Sent:** Friday, June 14, 2019 9:11 AM
**To:** Zachary Motil <Zachary.Motil@guard.com>
**Subject:** Re: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ████2763

All payroll runs through ADP we don't have another payroll company go back to ADP to determine the payroll

Jed Bradshaw

IWSM

16445 N 91st Street #105

Scottsdale, AZ 85260

(480) 968-6991

███████████

jedb@iwsmllc.com

On Fri, Jun 14, 2019 at 6:00 AM Zachary Motil <Zachary.Motil@guard.com> wrote:

We have this information too. However, there was different information provided to the vendor that did not match what was reported from ADP. If you reference the vendor audit worksheet, the policy is only one month off quarter. The vendor used the quarterly tax returns and made the adjustment for the one month finding the total payroll to be 3,380,865 and after the officer adjustments, overtime adjustments and excluded payroll the total exposure found was 3,105,427. There is a chance not all wages or employees were reported to ADP so those amounts were not collected on during the policy period. ADP could have made adjustments to the payroll that should not have been made. The wages on the ADP report only total 2,622,218. If you can provide the information you provided to the vendor for the audit we can review for any discrepancies, however, it appears the vendor used the correct payroll provided for the exact policy period. Please let me know if you have any questions.

Thank you,

---

**Zachary Motil**

COLLECTIONS REPRESENTATIVE

Berkshire Hathaway GUARD Insurance Companies

Zachary.Motil@guard.com

570-825-9900, ext.1038

**From:** Jed Bradshaw <jedb@iwsmllc.com>
**Sent:** Thursday, June 13, 2019 5:46 PM
**To:** Zachary Motil <Zachary.Motil@guard.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ███2763

Here is an ADP payroll report, where did he come up with the additional payroll amount?

Jed Bradshaw

IWSM

16445 N 91st Street  Suite #105

Scottsdale, AZ 85260

480 968-6991 Office

████████████

**From:** Zachary Motil <Zachary.Motil@guard.com>
**Sent:** Thursday, June 13, 2019 2:39 PM
**To:** 'Jed Bradshaw' <jedb@iwsmllc.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ███2763

Please see attached email from our internal auditor. The difference is coming from the total payroll figure. The vendor found higher wages, which is why there is such a large bill. Why can't you provide a payroll summary for the exact policy period 6/1/17-5/30/18 so we can verify if the total payroll used was correct?

**Zachary Motil**

COLLECTIONS REPRESENTATIVE

Berkshire Hathaway GUARD Insurance Companies

Zachary.Motil@guard.com

570-825-9900, ext.1038

**From:** Jed Bradshaw <jedb@iwsmllc.com>
**Sent:** Thursday, June 13, 2019 3:23 PM
**To:** Zachary Motil <Zachary.Motil@guard.com>
**Subject:** Re: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ██████2763

No one has explained why you reclassified employees and what they work type they are associated with until some one supplies the information w are at a stand still

Jed Bradshaw

IWSM

16445 N 91st Street #105

Scottsdale, AZ 85260

(480) 968-6991

████████████

jedb@iwsmllc.com

On Thu, Jun 13, 2019 at 1:17 PM Zachary Motil <Zachary.Motil@guard.com> wrote:

What exactly do you mean? We have sent over the audit worksheets from the vendor showing exactly how the audit was processed and the payroll allocated to each class code. Our internal auditor Dan also explained the main differences between the payroll reported to ADP and the payroll found at audit. We requested you provide a payroll summary to verify if the payroll totals used by the vendor were correct. To date you have provide no information.

**Zachary Motil**

COLLECTIONS REPRESENTATIVE

Berkshire Hathaway GUARD Insurance Companies

Zachary.Motil@guard.com

570-825-9900, ext.1038

---

**From:** Jed Bradshaw <jedb@iwsmllc.com>
**Sent:** Thursday, June 13, 2019 2:45 PM
**To:** Zachary Motil <Zachary.Motil@guard.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ████2763

I will respond in writing after either your company or auditor supply's the states they changed the work code and what the work code is associated with

Jed Bradshaw

IWSM

16445 N 91st Street  Suite #105

Scottsdale, AZ 85260

480 968-6991 Office

████████ Cell

---

**From:** Zachary Motil <Zachary.Motil@guard.com>
**Sent:** Thursday, June 13, 2019 12:41 PM
**To:** 'Jed Bradshaw' <jedb@iwsmllc.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ████2763

As I have stated in my previous emails below, we will need a dispute in writing detailing exactly what is incorrect with the audit. We will also need the supporting documentation for the dispute. When will this information be provided?

---

**Zachary Motil**

COLLECTIONS REPRESENTATIVE

Berkshire Hathaway GUARD Insurance Companies

Zachary.Motil@guard.com

570-825-9900, ext.1038

---

**From:** Jed Bradshaw <jedb@iwsmllc.com>
**Sent:** Thursday, June 13, 2019 2:39 PM
**To:** Zachary Motil <Zachary.Motil@guard.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ████2763

The change in classification in the employees

Jed Bradshaw

IWSM

16445 N 91st Street  Suite #105

Scottsdale, AZ 85260

480 968-6991 Office

████████ Cell

---

**From:** Zachary Motil <Zachary.Motil@guard.com>
**Sent:** Thursday, June 13, 2019 12:39 PM
**To:** 'Jed Bradshaw' <jedb@iwsmllc.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ████2763

When will you be providing the dispute?

**Zachary Motil**

COLLECTIONS REPRESENTATIVE

Berkshire Hathaway GUARD Insurance Companies

Zachary.Motil@guard.com

570-825-9900, ext.1038

**From:** Jed Bradshaw <jedb@iwsmllc.com>
**Sent:** Thursday, June 13, 2019 2:38 PM
**To:** Zachary Motil <Zachary.Motil@guard.com>
**Subject:** Re: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ███████2763

We are disputing the Audit as there is no reason for the increase.

Jed Bradshaw

IWSM

16445 N 91st Street #105

Scottsdale, AZ 85260

(480) 968-6991

████████████

jedb@iwsmllc.com

On Thu, Jun 13, 2019 at 12:34 PM Zachary Motil <Zachary.Motil@guard.com> wrote:

Hello,

Please reference the email below and advise if you will be providing any dispute information for the audit? The past due balance as it stands right now is $27,059.50. The balance is now over 60 days past due. **Your current policy term 6/1/19-6/1/20 cancelled on 6/11/19 for non-payment of the audit.** We are only able to reinstate up until 10 days after the cancellation date. If payment is not received, this will have to be sent to a 3rd party collection agency.

Thank you,

---

## Zachary Motil

COLLECTIONS REPRESENTATIVE

Berkshire Hathaway GUARD Insurance Companies

Zachary.Motil@guard.com

570-825-9900, ext.1038

---

**From:** Zachary Motil
**Sent:** Friday, May 31, 2019 8:22 AM
**To:** 'Jed Bradshaw' <jedb@iwsmllc.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ████2763

Hello,

Please see attached email sent from the auditor showing the main differences between what was reported to ADP and the results of the audit. As he requested, please provide payroll information for the policy period 6/1/17 to 5/31/18 so we are able to review if there were any mistakes. Without this information there is nothing we can do, but go by what the 3rd party audit vendor found. The vendor auditor did not just make up numbers, it all came from the information you provided to them for the audit. Dan sent you a copy of the audit worksheets to review as well which shows which numbers were used. It could be that not all payroll was reported and collected on by ADP. If you do not provide a dispute, your current policy will cancel with us and the amount due as of now will be pursued by collections.

**Please provide a payroll summary for the policy period 6/1/18-5/31/19 so we can review the numbers.**

Thank you,

---

**Zachary Motil**

COLLECTIONS REPRESENTATIVE

Berkshire Hathaway GUARD Insurance Companies

Zachary.Motil@guard.com

570-825-9900, ext.1038

**From:** Jed Bradshaw [mailto:jedb@iwsmllc.com]
**Sent:** Thursday, May 30, 2019 4:52 PM
**To:** Zachary Motil <Zachary.Motil@guard.com>
**Subject:** Re: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ███████2763

Zachory,

I don't plan on paying the $27,000 for the audit until someone can explain why there was such a difference in billing and the audit. We were on a pay as you go program and it was based on hours reported by ADP

Jed Bradshaw

IWSM

16445 N 91st Street #105

Scottsdale, AZ 85260

(480) 968-6991

████████

jedb@iwsmllc.com

On Thu, May 30, 2019 at 12:25 PM Zachary Motil <Zachary.Motil@guard.com> wrote:

Hello,

Please provide a payment status for the past due balance of $27,059.50. Please be advised **your current policy term 6/1/19-6/1/20 is pending cancelation on 6/11/19 for non-payment of the audit.**

Thank you,

---

**Zachary Motil**

COLLECTIONS REPRESENTATIVE

Berkshire Hathaway GUARD Insurance Companies

Zachary.Motil@guard.com

570-825-9900, ext.1038

---

**From:** Dan Germanton
**Sent:** Friday, May 10, 2019 2:00 PM
**To:** 'Jed Bradshaw' <jedb@iwsmllc.com>
**Subject:** RE: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ████2763

Hi Jed,

The key differences I am seeing between the audit and the reported wages from the Pay-By-Pay are the following:

-   Reported AZ exposure totals $708,360. Exposure found by our vendor for AZ totals $1,073,505.

- Total payroll exposure reported by ADP totals $2,622,218. Total payroll exposure found by our vendor totals $3,105,427.

The overall payroll used appears to be the driving force in the audit. As noted, in prior emails, if you provide payroll reports for the check dates from the period 6/1/17 to 5/31/18, I can review the audit to see where corrections may be needed.

Without noted payroll reports, we will not be able to determine the root of this bill.

Best Regards,

**Dan Germanton**
HOME OFFICE PREMIUM AUDITOR II

dan.germanton@guard.com
(570) 825-9900, ext. 1300



**From:** Jed Bradshaw [mailto:jedb@iwsmllc.com]
**Sent:** Friday, May 10, 2019 10:48 AM
**To:** Premium Audit Incoming Fax <PremiumAuditIncomingFax@GUARD.com>
**Subject:** Re: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ████2763

Dan,

I don't know what happened, but until someone can explain the change in the policy its not going to get paid.

Jed Bradshaw

IWSM

16445 N 91st Street #105

Scottsdale, AZ 85260

(480) 968-6991

███████████

jedb@iwsmllc.com


On Fri, May 3, 2019 at 8:35 AM Premium Audit Info <PremiumAuditInfo@guard.com> wrote:

Hi Jed,


In order for a re-audit to be considered, our dispute coordinators would have to review the audit. I cannot forward the audit to a dispute coordinator without some sort of payroll information or detailed job duties for employees that do not align with the information in the audit I sent to you. Unfortunately, if no information is provided to properly dispute the audit, the audit will stand as is.


Best Regards,

---

**Dan Germanton**
HOME OFFICE PREMIUM AUDITOR II

dan.germanton@guard.com
(570) 825-9900, ext. 1300



**From:** Jed Bradshaw [mailto:jedb@iwsmllc.com]
**Sent:** Thursday, May 02, 2019 2:51 PM
**To:** Premium Audit Incoming Fax <PremiumAuditIncomingFax@GUARD.com>
**Subject:** Re: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ████2763

We have been through 3 audits and every year we got money returned and to have 27k doesn't seem write to me. I would suggest another audit to verify his finding

Jed Bradshaw

On May 2, 2019, at 12:42 PM, Premium Audit Info <PremiumAuditInfo@guard.com> wrote:

> Hi Jed,
>
> I have attached the audit worksheets completed by our third-party vendor. Please note that exposure in code 9521 TX was reclassified to code 8017 TX as code 9521 does not exist in TX. Also, please note that FL exposure was not included in the audit as this state was not initially endorsed on the policy and FL fines for late reporting.
>
> I have also attached the pay-by-pay report that correlates to the policy. We were unable to determine why there was a large variance between the pay-by-pay report and the attached audit. If you believe the payroll amounts included in the audit are wrong, please provide a payroll summary that accounts for all check dates between the period of 6/1/17 to 5/31/18. If you believe any classifications to be wrong, please advise which employees are misclassified and provide detailed job duties for each disputed employee.
>
> Thanks!
>
> _____
>
> **Dan Germanton**
> HOME OFFICE PREMIUM AUDITOR II
>
> dan.germanton@guard.com
> (570) 825-9900, ext. 1300

**From:** Zachary Motil
**Sent:** Thursday, May 02, 2019 2:26 PM
**To:** Dan Germanton <Dan.Germanton@GUARD.com>
**Subject:** FW: [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ███████2763

Hi Dan,

Please see below. Would you be able to reply to the insured and send the audit worksheets to explain how the audit was processed.

Thank you,

**Zachary Motil**

COLLECTIONS REPRESENTATIVE

Berkshire Hathaway GUARD Insurance Companies

Zachary.Motil@guard.com

570-825-9900, ext.1038

**From:** Jed Bradshaw [mailto:jedb@iwsmllc.com]
**Sent:** Thursday, May 02, 2019 1:19 PM
**To:** Zachary Motil <Zachary.Motil@guard.com>
**Subject:** [EXTERNAL] Re: Workers' Compensation Policy - Retail Solutions LLC - ███████2763

I need a detailed report as to how and why we owe $27k when we were on a pay as you go and it was tied to actual payroll

Jed Bradshaw


On May 2, 2019, at 10:43 AM, Zachary Motil <Zachary.Motil@guard.com> wrote:

Hello,


Please provide a payment status for the past due balance of $27,059.50 on your Workers' Compensation Policy (REWC892763) that provided coverage from 6/1/17 to 6/1/18. I have attached your most recent billing statement and final audit. It is important that you contact me by phone or by email as quickly as possible so we can arrange for payment. You can also call Customer Service directly at 570-825-9900, ext. 1300 to make this payment. In addition, payments can be made online at www.guard.com, select Policyholders and then Online Payments to make this payment.


Please be advised that **your current policy term 6/1/19-6/1/20 is pending cancellation on 6/11/19 for non-payment of the audit.**


Thank you,

_____

**Zachary Motil**

COLLECTIONS REPRESENTATIVE

Zachary.Motil@guard.com

570-825-9900, ext.1038


<image001.gif>


Follow GUARD on social media:
<image002.gif> <image003.gif> <image004.gif> <image005.gif>


****** CONFIDENTIALITY NOTICE ******

THIS E-MAIL, INCLUDING ANY ATTACHED FILES, MAY CONTAIN
CONFIDENTIAL, PROPRIETARY AND/OR PRIVILEGED
INFORMATION FOR THE SOLE USE OF THE INTENDED
RECIPIENT(S). ANY REVIEW, USE, DISTRIBUTION, COPY OR
DISCLOSURE BY OTHERS IS STRICTLY PROHIBITED. IF YOU ARE
NOT THE INTENDED RECIPIENT (OR AUTHORIZED TO RECEIVE
INFORMATION FOR THE RECIPIENT), PLEASE CONTACT THE
SENDER AND DELETE ALL COPIES OF THIS MESSAGE.

THANK YOU

<BILL STMT 03-04-2019.PDF>

<FINAL AUDIT-01-18-2019.PDF>

<AUDIT_WORKSHEET_-_10-22-20186.pdf>

<REWC892763_06_H1E.pdf>

# Exhibit C

**From:** Nicole Valenti <NValenti@brownandjoseph.com>
**Sent:** Wednesday, September 11, 2019 8:28 AM
**To:** jedb@retail-solutionsllc.com; 'Jeffrey Cohn' <JCohn@jbcpclaw.com>
**Cc:** BnJ Corporate Counsel <CorporateCounsel@brownandjoseph.com>
**Subject:** RE: ^0010728572/GUARD INSURANCE

I will be noting the file as a refusal to pay and forwarding the file to the attorneys office.



**Nicole Valenti**

**Toll Free:** 888-829-9997 **EXT** 481
**Direct:** 847.621.6183
**FAX:** 847.758.3020

**Brown & Joseph, LLC**
_Accounts Receivable Management Firm_
_Credit and Collection Specialist_

One Pierce Place, Suite 1225W
Itasca, Illinois, 60143

Follow Us:

This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it. Thank you.

**From:** jedb@retail-solutionsllc.com [mailto:jedb@retail-solutionsllc.com]
**Sent:** Wednesday, September 11, 2019 9:27 AM
**To:** Nicole Valenti; 'Jeffrey Cohn'

**Cc:** BnJ Corporate Counsel
**Subject:** RE: ^0010728572/GUARD INSURANCE

I will not be making a payment as the Audit was wrong.

Jed Bradshaw
Retail Solutions LLC
16445 N 91ˢᵗ Street Suite 105
Scottsdale AZ 85260
480 427-2717 Office
████████ Cell

---

**From:** Nicole Valenti <NValenti@brownandjoseph.com>
**Sent:** Wednesday, September 11, 2019 8:06 AM
**To:** jedb@retail-solutionsllc.com; 'Jeffrey Cohn' <JCohn@jbcpclaw.com>
**Cc:** BnJ Corporate Counsel <CorporateCounsel@brownandjoseph.com>
**Subject:** FW: ^0010728572/GUARD INSURANCE

Before I ask our client to review the attached, you need to make a payment towards the balance. It's been made clear by Guard that they will not be revising the officer inclusion. You need to issue payment for one third of the balance owed. Once you have done that, I will ask our client to review the attached.



**Nicole Valenti**

**Toll Free:** 888-829-9997 **EXT** 481
**Direct:** 847.621.6183
**FAX:** 847.758.3020

**Brown & Joseph, LLC**
_Accounts Receivable Management Firm_
_Credit and Collection Specialist_

One Pierce Place, Suite 1225W
Itasca, Illinois, 60143

Follow Us:   

This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it. Thank you.

**From:** jedb@retail-solutionsllc.com [mailto:jedb@retail-solutionsllc.com]
**Sent:** Tuesday, September 10, 2019 5:14 PM
**To:** Nicole Valenti
**Cc:** 'Jeffrey Cohn'
**Subject:** RE: ^0010728572/GUARD INSURANCE

The auditor added in Susan Bradshaw into his audit report and she is clearly not on the ADP Page as you go report (attached) The payroll amount should not have been included.

I have attached the following
➢ QuickBooks payroll report (PDF) 6.1.17 to 6.1.18
    ○ This has the ADP wages for pay date 6./2/18

- ➢ QuickBooks payroll report (excel) 6.1.17 to 6.1.18 (ADP already has stated this missed the $135,000 in payroll and they were catching up the premium in the 6.1.18 to 6.1.19 period) This report also has the wages for 6.2.18 pay period.
- ➢ 941's for the 2017 and 2018 period

Jed Bradshaw
Retail Solutions LLC
16445 N 91st Street Suite 105
Scottsdale AZ 85260
480 427-2717 Office



**From:** Nicole Valenti <NValenti@brownandjoseph.com>
**Sent:** Tuesday, September 10, 2019 2:19 PM
**To:** jedb@retail-solutionsllc.com
**Cc:** 'Jeffrey Cohn' <JCohn@jbcpclaw.com>; BnJ Corporate Counsel <CorporateCounsel@brownandjoseph.com>
**Subject:** RE: ^0010728572/GUARD INSURANCE

I will not be asking our client to make any changes to this audit result without the documentation that supports it. the audit was completed based on what you provided at that time.

**Nicole Valenti**

**Toll Free:** 888-829-9997 **EXT** 481
**Direct:** 847.621.6183
**FAX:** 847.758.3020



**Brown & Joseph, LLC**
_Accounts Receivable Management Firm_
_Credit and Collection Specialist_

One Pierce Place, Suite 1225W
Itasca, Illinois, 60143

Follow Us:  

This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it. Thank you.

**From:** jedb@retail-solutionsllc.com [mailto:jedb@retail-solutionsllc.com]
**Sent:** Tuesday, September 10, 2019 3:05 PM
**To:** Nicole Valenti
**Cc:** 'Jeffrey Cohn'
**Subject:** RE: ^0010728572/GUARD INSURANCE

You should have Guard check the information as Susan was not on the payroll as an employee and was excluded on previous audits. The auditor made a mistake and included her for some reason.

Jed Bradshaw
Retail Solutions LLC
16445 N 91st Street Suite 105
Scottsdale AZ 85260

480 427-2717 Office

█████████████████

---

**From:** Nicole Valenti <NValenti@brownandjoseph.com>
**Sent:** Tuesday, September 10, 2019 1:37 PM
**To:** jedb@retail-solutionsllc.com
**Cc:** 'Jeffrey Cohn' <JCohn@jbcpclaw.com>; BnJ Corporate Counsel <CorporateCounsel@brownandjoseph.com>
**Subject:** RE: ^0010728572/GUARD INSURANCE

Jed,
You should have made sure you had signed officer exclusions on file for this term of coverage. Guard cannot make this revision as noted in their response.
I have made the position of the carrier clear. The file is going to the law office accordingly.

**Nicole Valenti**

**Toll Free:** 888-829-9997 **EXT** 481
**Direct:** 847.621.6183
**FAX:** 847.758.3020



**Brown & Joseph, LLC**
_Accounts Receivable Management Firm_
_Credit and Collection Specialist_

One Pierce Place, Suite 1225W
Itasca, Illinois, 60143

Follow Us:  

This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it. Thank you.

**From:** jedb@retail-solutionsllc.com [mailto:jedb@retail-solutionsllc.com]
**Sent:** Tuesday, September 10, 2019 2:36 PM
**To:** Nicole Valenti
**Cc:** 'Jeffrey Cohn'
**Subject:** RE: ^0010728572/GUARD INSURANCE

We have not paid any workman's comp for any of the Owners in the past and we are not paying for them now.

As far as the information requested below we supplied the payroll reports for the dates in question 6/1/17 to 6/1/18. Additionally they have the information from ADP

Jed Bradshaw
Retail Solutions LLC
16445 N 91st Street Suite 105
Scottsdale AZ 85260
480 427-2717 Office

█████████████████

---

**From:** Nicole Valenti <NValenti@brownandjoseph.com>
**Sent:** Tuesday, September 10, 2019 1:15 PM
**To:** jedb@retail-solutionsllc.com
**Cc:** BnJ Corporate Counsel <CorporateCounsel@brownandjoseph.com>
**Subject:** RE: ^0010728572/GUARD INSURANCE

As our client stated, an officer has to be excluded in the beginning of the policy no revision will be made concerning the officers.

I will not be reaching out for ADP for you.

The carrier gave you the dates of the policy and you provided payroll information for different dates. I am noting this as a refusal to pay and sending the file to the attorneys office.

It is clear you won't be documenting a valid dispute and you have yet to demonstrate good faith in making a payment to get this going. I have been more than fair in giving you yet another opportunity to dispute the balance and you have failed to do so.

**Nicole Valenti**

**Toll Free:** 888-829-9997 **EXT** 481
**Direct:** 847.621.6183
**FAX:** 847.758.3020



**Brown & Joseph, LLC**
_Accounts Receivable Management Firm_
_Credit and Collection Specialist_

One Pierce Place, Suite 1225W
Itasca, Illinois, 60143

Follow Us: 

This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it. Thank you.

**From:** jedb@retail-solutionsllc.com [mailto:jedb@retail-solutionsllc.com]
**Sent:** Tuesday, September 10, 2019 2:08 PM
**To:** Nicole Valenti
**Cc:** BnJ Corporate Counsel
**Subject:** RE: ^0010728572/GUARD INSURANCE

We are not paying workman's comp for the owners, they need to be taken off. Additionally Susan was not part of the workman's comp the previous year.

If you / Guard need to get the payroll reports reach out to ADP as we already supplied to the information

Jed Bradshaw
Retail Solutions LLC
16445 N 91st Street Suite 105
Scottsdale AZ 85260
480 427-2717 Office

████████████

**From:** Nicole Valenti <NValenti@brownandjoseph.com>
**Sent:** Tuesday, September 10, 2019 12:29 PM
**To:** jedb@retail-solutionsllc.com

**Cc:** BnJ Corporate Counsel <<u>CorporateCounsel@brownandjoseph.com</u>>
**Subject:** ^0010728572/GUARD INSURANCE

Good afternoon Jed,
Please review the below in bold. This is the carriers response to the documents you provided.

**Subject: RE: [EXTERNAL] Audit Dispute /** ████**2763_$27059.50 / RETAIL**
**SOLUTIONS LLC**
**Hello,**
**We are unable to exclude any of the three owners as they are not endorsed as excluded on the policy.**

**I am not sure what is being disputed with the TX wages. They were all classified under code 8017 when the audit was processed.**

**Please have the insured provide payroll detail reports for all check dates issued between 6/1/17 and 5/31/18.**

**The pay-by-pay report issued by ADP will not suffice and the catch-up payment excel spreadsheet is for 6/1/18 which will apply to the 6/1/18 to 5/31/19 term.**

As you are aware, the carrier cannot exclude any office unless they have signed an exclusion form at the inception of the coverage. The state will not permit any revision to that portion of your dispute. If you can provide the proper payroll reports, please do so no later than September 16th so Guard can reconsider part of your dispute.

They are asking for you to make a payment towards the balance for one third of the balance owed to demonstrate your intentions to resolve this amicably. An ACH form is attached for your remittance. I will look for that and your proper dispute by end of business Monday the 16th.

**Nicole Valenti**

**Toll Free:** 888-829-9997 **EXT** 481
**Direct:** 847.621.6183
**FAX:** 847.758.3020



**Brown & Joseph, LLC**
*Accounts Receivable Management Firm*
*Credit and Collection Specialist*

One Pierce Place, Suite 1225W
Itasca, Illinois, 60143

Follow Us:  

This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it. Thank you.

**From:** Nicole Valenti
**Sent:** Wednesday, September 4, 2019 4:49 PM
**To:** 'jedb@retail-solutionsllc.com'
**Subject:** RE: audit

Thank you. I will have this reviewed and will get back to you when I have a response from Guard.

**From:** jedb@retail-solutionsllc.com [mailto:jedb@retail-solutionsllc.com]
**Sent:** Wednesday, September 4, 2019 10:32 AM

**To:** Nicole Valenti
**Subject:** audit

Nicole,

In looking at the attached there are a couple of errors in the audit

1. Owner - Susan Bradshaw owns roughly 30% - $135,000 should not be in audit 2017 & 2018 income
2. Owner - Tyler Bradshaw effective 1/1/18 is at 7% ownership - $54110 should not be in audit 2018 income
3. Owner - Madeline Bradshaw effective 1/1/18 is at 5% ownership - $30,725 should not be in audit 2018 income
4. Reporting codes - the attached 06 H1E shows all Texas wages were reported under 8017 for the entire year.
    1. Per the CA the attached states Texas was under 8521 and changed to 8017TX=79949+222293=$302,242 – as stated above Texas was under 8017
5. Additional payroll not reported by ADP (see attached excel file) and I included the e-mail below from ADP below my signature.

If there are additional information regarding the increased

Jed Bradshaw
Retail Solutions LLC
16445 N 91st Street Suite 105
Scottsdale AZ 85260
480 427-2717 Office

██████████████

Hi Jed,
Yes, I was just in the process of responding. You are correct. Attached is the catch up payment calculations.
I hope this helps.

Sincerely,



**Automatic Data Processing Insurance Agency, Inc.**
**Stacie Atilano** | Relationship Consultant
Licensed Agent in 39 States
CA License: 0H88464

T: 714 739 6115
Stacie.Atilano@adp.com



---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# Exhibit D

**From:** Michael Ashley <<u>MAshley@levitonlawfirm.com</u>>
**Sent:** Monday, September 30, 2019 4:50 PM
**To:** <u>jedb@retail-solutionsllc.com</u>; <u>jedb@iwsmllc.com</u>; 'Jeffrey Cohn' <<u>JCohn@jbcpclaw.com</u>>
**Cc:** Attorney Leviton <<u>donleviton@levitonlawfirm.com</u>>
**Subject:** RE: ^0010728572/ GUARD INSURANCE/ RETAIL SOLUTIONS LLC $20,060.26

Here is the revised audit remit payment today,  You can fill out one of the forms above or email/fax a check.
Any questions call me at 847-232-813

**Michael Ashley**
**Sr. Account Executive**
**The Leviton Law Firm**
Don A. Leviton, Supervising Attorney
Admitted to Practice in Illinois and the District of Columbia

Phone: **847-232-8193**• Fax: 847-781-1031
One Pierce Place, Suite 725W
Itasca, IL 60143

**Michael Ashley**
**Account Executive**

**The Leviton Law Firm**
Don A. Leviton, Supervising Attorney
Admitted to Practice in Illinois and the District of Columbia

Phone - 847.232.8193 • Fax: 847-781-1031
One Pierce Place, Suite 725W • Itasca • IL 60143

This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it. Thank you.

**From:** Michael Ashley
**Sent:** Monday, September 23, 2019 11:26 AM
**To:** jedb@retail-solutionsllc.com; jedb@iwsmllc.com; 'Jeffrey Cohn' <JCohn@jbcpclaw.com>
**Cc:** Attorney Leviton <donleviton@levitonlawfirm.com>
**Subject:** RE: ^0010728572/ GUARD INSURANCE/ RETAIL SOLUTIONS LLC $27,478.37

There is no exclusionary form signed prior to t he policy beginning and the audit is the true exposure and liability. Without payment we have to escalate against you as you have failed to produce any dispute that warrants any revision. I sent all the documentation against you. Call to discuss payment or have your Attorney contact me. As this is not on hold or being revised.

**Michael Ashley**
**Sr. Account Executive**
**The Leviton Law Firm**
Don A. Leviton, Supervising Attorney
Admitted to Practice in Illinois and the District of Columbia

Phone: 847-232-8193• Fax: 847-781-1031
One Pierce Place, Suite 725W
Itasca, IL 60143

**From:** jedb@retail-solutionsllc.com <jedb@retail-solutionsllc.com>
**Sent:** Monday, September 23, 2019 11:17 AM
**To:** Michael Ashley <MAshley@levitonlawfirm.com>; jedb@iwsmllc.com; 'Jeffrey Cohn' <JCohn@jbcpclaw.com>
**Cc:** Attorney Leviton <donleviton@levitonlawfirm.com>
**Subject:** RE: ^0010728572/ GUARD INSURANCE/ RETAIL SOLUTIONS LLC $27,478.37

Michael,

As I have stated to both Guard and the collection agency. The audit is wrong as it included owners of the company that should not have been charged for Workman's comp and there was an additional issue with ADP not holding the correct amount in the in the year in question and added the amount to this years billed amount.

Jed Bradshaw
Retail Solutions LLC
16445 N 91st Street Suite 105

Scottsdale AZ 85260
480 427-2717 Office
█████████████

---

**From:** Michael Ashley <MAshley@levitonlawfirm.com>
**Sent:** Monday, September 23, 2019 10:07 AM
**To:** jedb@retail-solutionsllc.com; jedb@iwsmllc.com
**Cc:** Attorney Leviton <donleviton@levitonlawfirm.com>
**Subject:** ^0010728572/ GUARD INSURANCE/ RETAIL SOLUTIONS LLC $27,478.37

Account #█████2763
Contractual Obligation $27,478.37

Please allow this communication to serve as notice that this firm has been retained by Guard Insurance with respect to your above referenced breach of contract. As you are aware, our client recently placed your account with a collection agency. That agency has since returned the file as "uncollectable without suit" and issued a strong recommendation for litigation. Contact me today at 847-232-8193 to discuss options.

As a final courtesy to you, prior to additional action being taken, we will hold your file in abeyance through September 26th so that you may contact me to resolve this issue voluntarily. Absent your response, I will assume that there is no room for an amicable resolution and we will advise our client that further action may be appropriate to force your compliance.

I trust that you comprehend the gravity of this matter and that you will govern your actions accordingly.

Regards,
Michael Ashley
Sr. Account Executive
The Leviton Law Firm
Don A. Leviton, Supervising Attorney
Admitted to Practice in Illinois and the District of Columbia


Phone: 844-843-5290 Ext. 529 • Fax: 847-781-1031
One Pierce Place, Suite 725W
Itasca, IL 60143

**Michael Ashley**
**Sr. Account Executive**
**The Leviton Law Firm**
Don A. Leviton, Supervising Attorney
Admitted to Practice in Illinois and the District of Columbia

Phone: **847-232-8193**• Fax: 847-781-1031
One Pierce Place, Suite 725W
Itasca, IL 60143


**Michael Ashley**
**Account Executive**

**The Leviton Law Firm**
Don A. Leviton, Supervising Attorney
Admitted to Practice in Illinois and the District of Columbia

Phone - 847.232.8193 • Fax: 847-781-1031
One Pierce Place, Suite 725W • Itasca • IL 60143

This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, and then delete it. Thank you.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# Exhibit E

# Important Information



Retail Solutions LLC
16445 N 91st St
Suite 105
Scottsdale, AZ 85260

**Agency**

AUTOMATIC DATA PROCESSING INSURANCE AGENCY,
INC.
1 ADP Boulevard
Roseland, NJ 07068

# Revised Final Audit of Your Workers' Compensation Policy with NorGUARD Insurance Company

### Policy Number ████2763

At this time, we are forwarding audit information for the insurance policy shown above. As you can see, this recap is self-explanatory and enables you to quickly review the transaction. However, you should also be aware that the amount due on any current Berkshire Hathaway GUARD Insurance Companies policy may be adjusted to reflect the results of this audit of your expired term. We suggest you place the enclosed document with the balance of the policy. If you have any questions, please feel free to contact us at 800-673-2465.

**Policy Period**
From June 1, 2017 to June 1, 2018, 12:01 AM, standard time at the insured's mailing address.

**Type of Endorsement and Party Requesting the Change**

Payroll - The Policyholder

# Workers' Compensation Specialists

INTERNAL USE ___3^
MGA       :  ████2763
Date  :  08/26/2019
DECTO  : I

Case 2:20-bk-09357-MCW    Doc 111    Filed 11/17/20    Entered 11/17/20 17:05:39    Desc
Main Document       Page 62 of 76

Endorsement Recap



### Policy Information Page - Revised Final Audit

| **[1] Named Insured and Mailing Address** | **Agency** |
|---|---|
| Retail Solutions LLC<br>16445 N 91st St<br>Suite 105<br>Scottsdale, AZ 85260 | AUTOMATIC DATA PROCESSING INSURANCE AGENCY, INC.<br>1 ADP Boulevard<br>Roseland, NJ 07068<br>Agency Code: NJADPI10 |

**Federal Employer's ID** ███6775          **Insured is** Limited Liability Co. (LLC)

**Locations On Policy**          - See Extension of Information Page -
Schedule of Locations - WC 040003

---

**[2] Policy Period**
From June 1, 2017 to June 1, 2018, 12:01 AM, standard time at the insured's mailing address.

---

**Revision**
Revision #6, effective on the date shown below, 12:01 AM, standard time, changes the listed items. All other terms and conditions of the policy remain unchanged.
WC890415 - Payroll - Eff. 06/01/2017 - no down payment, 1 monthly installment(s)

---

**[3] Coverage**

A. Workers' Compensation Insurance - **Part One** of this policy applies to the Workers' Compensation Law of the following states: Alabama, Arizona, California, Colorado, Georgia,

B. Idaho, Illinois, Indiana, Kansas, Louisiana, Montana, North Carolina, New Mexico, Nevada, Oklahoma, Oregon, Tennessee, Texas, Utah, Wisconsin

Employer's Liability Insurance - **Part Two** of this policy applies to work in each of the states listed in item [3]A. The limits of our liability under Part Two are
Bodily Injury by Accident - each accident          $1,000,000
Bodily Injury by Disease - each employee          $1,000,000
Bodily Injury by Disease - policy limit          $1,000,000

C. Other States Insurance - **Part Three** of this policy applies to all states, except any state listed in item [3]A. and the states of North Dakota, Ohio, Washington, West Virginia, and Wyoming.

D. This policy includes these endorsements and schedules:

See Extension of Information Page - Schedule of Forms - WC 040004

---

**[4] Premium**
The Premium Basis and, therefore, the premium will be determined by our Manual of Rules, Classifications, Rates, and Rating Plans. All required information is subject to verification and change by audit. (Continued on another page)

---

| **Total Policy Premium** | $ | 122,954 |
| **Total Surcharges/Assessments** | $ | $1,225.00 |
| **Total Cost** | $ | $124,179.00 |

INTERNAL USE    3^
MGA    : ███2763
Date  : 09/26/2019

Page - 1 -

Endorsement
WC 99 06 09

### EXTENSION OF INFORMATION PAGE

Schedule of Locations

ITEM 1

POLICY NO. ███████2763

(L1)   4508 E Barwick Dr , Cave Creek, AZ 85331 (06/01/2017 - 06/01/2018)

(L2)   732 Avenida Abeja , San Marcos, CA 92069 (06/01/2017 - 06/01/2018)

Endorsement
WC 99 06 09

©1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

Case 2:20-bk-09357-MCW   Doc 111   Filed 11/17/20   Entered 11/17/20 17:05:39   Desc
Main Document    Page 64 of 76

# EXTENSION OF INFORMATION PAGE

Schedule of Forms

ITEM 3D

POLICY NO. ███ 2763

| Form Numbers | Applicable States |
|---|---|
| PN049901F - CA YOUR RIGHT TO RATING AND DIVDEND INFO | |
| PN049902B - CA POLICYHOLDER NOTICE - WC RATING LAWS | |
| PN049904 - CA INS. GUARANTEE ASSOC.(CIGA) SURCHARGE | |
| WC000000C - STANDARD POLICY | |
| WC000001A - INFORMATION PAGE | |
| WC000308 - PARTNERS, OFFICERS & OTHERS EXCL. END. | |
| WC000310 - SOLE PROP., PART., OFF. & OTHERS COV. | |
| WC000403 - EXPERIENCE RATING MODIFICATION FACTOR | |
| WC000404 - PENDING RATE CHANGE ENDORSEMENT | |
| WC000406 - PREMIUM DISCOUNT ENDORSEMENT | |
| WC000406A - PREMIUM DISCOUNT ENDORSEMENT | |
| WC000414 - NOTIFICATION OF CHANGE IN OWNERSHIP ENDT | |
| WC000419 - PREMIUM DUE DATE ENDORSEMENT | |
| WC000421D - CATASTROPHE(OTHER THAN CERT ACTS OF TERR | |
| WC000422B - TERR RISK INS PROG REAUTHORIZATION ACT | |
| WC000424 - AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT | |
| WC000425 - EXP. RATING MODIF. FACTOR REVISION END'T | |
| WC020601A - AZ CANCELLATION ENDORSEMENT | |
| WC040003 - CA EXT OF INFO PAGE-SCH OF LOCATIONS | |
| WC040004 - CA EXT OF INFO PAGE-SCHEDULE OF FORMS | |
| WC040301B - POLICY AMENDATORY ENDORSEMENT-CALIFORNIA | |
| WC040310 - CA DUTY TO DEFEND | |
| WC040318B - CA LLC COVERAGE/EXCLUSION ENDORSEMENT | |
| WC040410 - CA ESTIMATED ANNUAL PREMIUM ENDORSEMENT | |
| WC040422 - CALIFORNIA SHORT-RATE CANCELLATION END'T | |
| WC040601A - CA CANCELLATION ENDORSEMENT | |
| WC050402 - CO CLASSIFICATION ENDORSEMENT | |
| WC050403 - CO PREM CREDIT FOR CERT RISK MGMT PROG | |
| WC100601B - GA CANCELATION,NONRENEWAL & CHANGE ENDT | |
| WC120306A - IL WC INSURANCE POLICY EXCLUSION END. | |
| WC120601E - IL AMENDATORY ENDORSEMENT | |
| WC150401A - KS FINAL PREMIUM ENDORSEMENT | |
| WC150404 - KS PENDING LOSS COST ENDORSEMENT | |
| WC150601A - KS CANCELLATION AND NONRENEWAL END'T | |
| WC170303 - LA DUTY TO DEFEND ENDORSEMENT | |
| WC170601H - LA AMENDATORY ENDORSEMENT | |
| WC250305 - MT INTENTIONAL INJURY EXCLUSION END'T | |
| WC250401A - MT AUDIT NONCOMPLIANCE CHARGE ENDORSEMEN | |

Page - 3 -

Endorsement
WC 99 06 09

©1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.


## Policy Information Page - Revised Final Audit

WC250601B - MT CANCELLATION AND NONRENEWAL END'T
WC250602 - MT SAFETY ENDORSEMENT
WC270601C - NEVADA CANCELLATION AND NONRENEWAL ENDT
WC300302 - NM SAFETY DEVICE EXCLUSION ENDORSEMENT
WC300402 - New Mexico Assigned Risk Surcharge Endor
WC300601A - NM CANCELATION AND NON-RENEWAL END'T
WC320301C - NC AMENDED COVERAGE ENDORSEMENT
WC320602 - NC PRO-RATA CANCELLATION ENDORSEMENT
WC350303 - OKLAHOMA EL INTENTIONAL TORT EXCLUSION
WC350601F - OK CANCEL,NONRENEWAL,AND CHANGE END'T
WC350603 - OK FRAUD WARNING ENDORSEMENT
WC360306 - OR LIMITS OF LIABILITY END'T
WC360406 - OR PREMIUM DUE DATE END'T
WC360601E - OR CANCELLATION END'T
WC360602 - OR CONFIDENTIALITY END'T
WC360604 - OREGON AMENDATORY ENDORSEMENT
WC410402 - TN PENDING LOSS COST & ASSIGN.RISK RATE
WC420301H - TEXAS AMENDATORY ENDORSEMENT
WC420407 - TEXAS - AUDIT PREMIUM ENDORSEMENT
WC430601 - UT WORKPLACE SAFETY PROGRAM ENDT
WC430602 - UT CANCELLATION ENDORSEMENT
WC480601C - WI LAW ENDORSEMENT
WC480606B - WI CANCELLATION AND NONRENEWAL END'T
WC990000 - AUTHORIZATION AND ATTESTATION END'T
WC990005 - IL NOTICE OF CONTACT FOR COMPLAINTS
WC990007 - IL WC COMMISSION OPER. FUND SURCHARGE
WC990014 - CALIFORNIA CHANGES - AMENDATORY END'T
WC990605A - AZ AMENDATORY ENDORSEMENT POLICY JACKET

INTERNAL USE    3^
MGA        :        2763
Date       : 09/26/2019

Page - 4 -

Endorsement
WC 99 06 09

Case 2:20-bk-09357-MCW    Doc 111    Filed 11/17/20    Entered 11/17/20 17:05:39    Desc
Main Document    Page 66 of 76

**Workers' Compensation and Employer's Liability Policy**
**NorGUARD Insurance Company - A Stock Co.**
| Policy Number | 2763 |
| Renewal of | █████ 1886 |

**NCCI No. [25844]**

# Berkshire Hathaway
## GUARD
#### Insurance Companies

**Policy Information Page - Revised Final Audit**

## [4] Premium (cont.)

### Alabama

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 0.00 | 7.89 | 0 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.4% | 0 |
| | | | | |
| Total Annual Premium for AL | | | | 0 |

### Arizona

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| SALESPERSONS OR COLLECTORS-OUTSIDE | 8742 | 0.00 | 0.34 | 0 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 100,619.00 | 0.21 | 211 |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 681,033.00 | 4.96 | 33,779 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 374 |
| Experience Modification | | | 1.23 | 7,904 |
| | | | | |
| Premium Discount | | | 8.418% | -3,558 |
| Total Annual Premium for AZ | | | | 38,710 |

### California

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| STORE: RETAIL, NOC | 8017 | 825,606.00 | 5.87 | 48,463 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 0.00 | 0.60 | 0 |
| Territorial Rating, San Diego and Imperial Valley | | | 0.9 | -4,846 |
| Experience Modification | | | 0.69 | -13,521 |
| | | | | |
| Premium Discount | | | 4.625% | -1,392 |
| Total Annual Premium for CA | | | | 28,704 |

INTERNAL USE   3^
MGA    : █████2763
Date   : 09/26/2019

Page - 5 -

Endorsement
WC 99 06 09

Case 2:20-cv-09857-MCW   Public Document • Filed 11/17/20 18 Entered 11/17/20 17:05:39   Desc
Endorsement WC 99 06 09     Main Document     Page 67 of 76

**Berkshire Hathaway**
**GUARD** Insurance Companies

**NorGUARD Insurance Company - A Stock Co.**

| Policy Number | 2763 |
|---|---|
| Renewal of ███ | 1886 |
| NCCI No. [25844] | |

### Policy Information Page - Revised Final Audit

## Colorado

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 345,890.00 | 5.41 | 18,713 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 206 |
| Experience Modification | | | 1.23 | 4,351 |
| | | | | |
| Premium Discount | | | 10.915% | -2,540 |
| Total Annual Premium for CO | | | | 20,730 |

## Georgia

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 117,228.00 | 5.28 | 6,190 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 68 |
| Experience Modification | | | 1.23 | 1,439 |
| | | | | |
| Premium Discount | | | 10.913% | -840 |
| Total Annual Premium for GA | | | | 6,857 |

## Idaho

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 0.00 | 0.28 | 0 |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 49,778.00 | 4.76 | 2,369 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 26 |
| Experience Modification | | | 1.23 | 551 |
| | | | | |
| Premium Discount | | | 10.93% | -322 |
| Total Annual Premium for ID | | | | 2,624 |

INTERNAL USE    3^
MGA        : ███2763
Date       : 09/26/2019

Page - 6 -

Endorsement
WC 99 06 09

# Berkshire Hathaway
# GUARD Insurance Companies

| | |
|---|---|
| **Policy Number** | **2763** |
| **Renewal of** ████ | **1886** |
| **NCCI No. [25844]** | |

### Policy Information Page - Revised Final Audit

## Illinois

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 0.00 | 6.55 | 0 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.4% | 0 |
| Experience Modification | | | 1.23 | 0 |
| | | | | |
| Total Annual Premium for IL | | | | 0 |

## Indiana

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 0.00 | 3.28 | 0 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 0 |
| Experience Modification | | | 1.23 | 0 |
| | | | | |
| Total Annual Premium for IN | | | | 0 |

## Kansas

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 25,520.00 | 5.93 | 1,513 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 17 |
| Experience Modification | | | 1.23 | 352 |
| | | | | |
| Premium Discount | | | 10.893% | -205 |
| Total Annual Premium for KS | | | | 1,677 |

INTERNAL USE ___3^

MGA : ████2763

Date : 09/26/2019

Page - 7 -

Endorsement
WC 99 06 09

Case 2:20-cv-09857-MCW Public Document • Filed 11/17/20 18:03:30 11/17/20 17:05:39 Desc
Endorsement WC 99 06 09 Main Document Page 69 of 76

# Berkshire Hathaway
# GUARD Insurance Companies

## Policy Information Page - Revised Final Audit

### Louisiana

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 0.00 | 5.47 | 0 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.4% | 0 |
| Experience Modification | | | 1.23 | 0 |
| | | | | |
| Total Annual Premium for LA | | | | 0 |

### Montana

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 13,678.00 | 5.94 | 812 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 9 |
| Experience Modification | | | 1.23 | 189 |
| | | | | |
| Premium Discount | | | 10.891% | -110 |
| Total Annual Premium for MT | | | | 900 |

### Nevada

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 36,000.00 | 5.55 | 1,998 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 22 |
| Experience Modification | | | 1.23 | 465 |
| | | | | |
| Premium Discount | | | 10.905% | -271 |
| Total Annual Premium for NV | | | | 2,214 |

INTERNAL USE    3^
MGA    :        2763
Date    : 09/26/2019

Page - 8 -

Endorsement
WC 99 06 09

# Berkshire Hathaway
## GUARD Insurance Companies

**Policy Information Page - Revised Final Audit**

### New Mexico

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 65,493.00 | 4.69 | 3,072 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 34 |
| Experience Modification | | | 1.23 | 714 |
| | | | | |
| Premium Discount | | | 10.916% | -417 |
| Total Annual Premium for NM | | | | 3,403 |

### North Carolina

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 11/17/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 6,509.00 | 5.47 | 356 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 4 |
| | | | | |
| Premium Discount | | | 10.833% | -39 |
| Total Annual Premium for NC | | | | 321 |

### Oklahoma

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 67,128.00 | 6.16 | 4,135 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.4% | 58 |
| Experience Modification | | | 1.23 | 964 |
| | | | | |
| Premium Discount | | | 10.917% | -563 |
| Total Annual Premium for OK | | | | 4,594 |

INTERNAL USE ___3^___
MGA     : ▮2763
Date    : 09/26/2019

Page - 9 -

Endorsement
WC 99 06 09

Case 2:20-DR-0985-MGW   Doc 111   Filed 11/17/20   Entered 11/17/20 17:05:39   Desc
Endorsement WC 99 06 09          Main Document     Page 71 of 76

**Berkshire Hathaway GUARD** Insurance Companies

NorGUARD Insurance Company - A Stock Co.

| | |
|---|---|
| Policy Number | 2763 |
| Renewal of | 1886 |
| NCCI No. [25844] | |

**Policy Information Page - Revised Final Audit**

## Oregon

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 0.00 | 0.16 | 0 |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 67,394.00 | 5.18 | 3,491 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 0.4% | 14 |
| Experience Modification | | | 1.23 | 806 |
| | | | | |
| Premium Discount | | | 10.926% | -471 |
| Total Annual Premium for OR | | | | 3,840 |

## Tennessee

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 11/17/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 26,747.00 | 3.56 | 952 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.4% | 13 |
| | | | | |
| Premium Discount | | | 10.881% | -105 |
| Total Annual Premium for TN | | | | 860 |

## Texas

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| STORE: RETAIL NOC & DRIVERS | 8017 | 302,242.00 | 1.32 | 3,990 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.4% | 56 |
| Experience Modification | | | 1.23 | 931 |
| | | | | |
| Premium Discount | | | 9.745% | -485 |
| Total Annual Premium for TX | | | | 4,492 |

INTERNAL USE ___3^

MGA : 2763

Date : 09/26/2019

Page - 10 -

Endorsement
WC 99 06 09

Case 2:20-cv-09857-MCW Document 1 • Filed 11/17/20 18 Entered 11/17/20 17:05:39 Desc
Endorsement WC 99 06 09          Main Document          Page 72 of 76

# Berkshire Hathaway
# GUARD Insurance Companies

**Policy Information Page - Revised Final Audit**

## Utah

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 0.00 | 0.13 | 0 |
| CLERICAL TELECOMMUTER EMPLOYEES | 8871 | 0.00 | 0.07 | 0 |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 62,108.00 | 2.77 | 1,720 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 19 |
| Experience Modification | | | 1.23 | 400 |
| | | | | |
| Premium Discount | | | 10.94% | -234 |
| Total Annual Premium for UT | | | | 1,905 |

## Wisconsin

| Classification | Code | Premium Basis: Total Annual Remuneration | Rate per $100 Remuneration | Annual Premium |
|---|---|---|---|---|
| Effective: 06/01/2017-06/01/2018 | | | | |
| ADVERTISING DISPLAY INSTALLATION | 9521 | 0.00 | 9.13 | 0 |
| Increased Limits Emp Liability, 1000K/1000K/1000K | 9812 | | 1.1% | 0 |
| Experience Modification | | | 1.23 | 0 |
| | | | | |
| Total Annual Premium for WI | | | | 0 |

INTERNAL USE    3^
MGA    : ██2763
Date   : 09/26/2019

Page - 11 -

Endorsement
WC 99 06 09

## Policy Information Page - Revised Final Audit

# Policy Totals

| | |
|---|---:|
| Total Standard Premium for Alabama | 0 |
| Total Standard Premium for Arizona | 38,710 |
| Total Standard Premium for California | 28,704 |
| Total Standard Premium for Colorado | 20,730 |
| Total Standard Premium for Georgia | 6,857 |
| Total Standard Premium for Idaho | 2,624 |
| Total Standard Premium for Illinois | 0 |
| Total Standard Premium for Indiana | 0 |
| Total Standard Premium for Kansas | 1,677 |
| Total Standard Premium for Louisiana | 0 |
| Total Standard Premium for Montana | 900 |
| Total Standard Premium for North Carolina | 321 |
| Total Standard Premium for New Mexico | 3,403 |
| Total Standard Premium for Nevada | 2,214 |
| Total Standard Premium for Oklahoma | 4,594 |
| Total Standard Premium for Oregon | 3,840 |
| Total Standard Premium for Tennessee | 860 |
| Total Standard Premium for Texas | 4,492 |
| Total Standard Premium for Utah | 1,905 |
| Total Standard Premium for Wisconsin | 0 |

| | | | | |
|---|---|---|---|---:|
| Catastrophe | 9741 | 0.03 | 26,747 | 8 |
| Catastrophe | 9741 | 0.01 | 0 | 0 |
| Catastrophe | 9741 | 0.01 | 49,778 | 5 |
| Terrorism WI | 9740 | 0.02 | 0 | 0 |
| Catastrophe | 9741 | 0.02 | 25,520 | 5 |
| Terrorism CO | 9740 | 0.0145 | 345,890 | 50 |
| Terrorism LA | 9740 | 0.016 | 0 | 0 |
| Terrorism TN | 9740 | 0.02 | 26,747 | 5 |
| Catastrophe | 9741 | 0.02 | 0 | 0 |
| Terrorism KS | 9740 | 0.0159 | 25,520 | 4 |

INTERNAL USE    3^
MGA        : ▪▪▪2763
Date       : 09/26/2019

Endorsement
WC 99 06 09

Case 2:20-bk-09857-MCW  Doc 111 • Filed 11/17/20 18 Entered 11/17/20 17:05:39  Desc
Endorsement WC 99 06 09          Main Document      Page 74 of 76

| Policy Number | 2763 |
| Renewal of ▮▮▮▮ | 1886 |
| NCCI No. [25844] | |

### Policy Information Page - Revised Final Audit

| Catastrophe | 9741 | 0.02 | 67,394 | 13 |
|---|---|---|---|---|
| Catastrophe | 9741 | 0.01 | 62,108 | 6 |
| Catastrophe | 9741 | 0.01 | 781,652 | 78 |
| Terrorism CA | 9740 | 0.03 | 825,606 | 248 |
| Terrorism NM | 9740 | 0.0151 | 65,493 | 10 |
| Catastrophe | 9741 | 0.02 | 6,509 | 1 |
| Catastrophe | 9741 | 0.02 | 0 | 0 |
| Catastrophe | 9741 | 0.01 | 0 | 0 |
| Terrorism IL | 9740 | 0.0565 | 0 | 0 |
| Catastrophe | 9741 | 0.02 | 117,228 | 23 |
| Terrorism IN | 9740 | 0.024 | 0 | 0 |
| Terrorism UT | 9740 | 0.0145 | 62,108 | 9 |
| Terrorism AL | 9740 | 0.0166 | 0 | 0 |
| Terrorism GA | 9740 | 0.0167 | 117,228 | 20 |
| Terrorism TX | 9740 | 0.024 | 302,242 | 73 |
| Catastrophe | 9741 | 0.01 | 36,000 | 4 |
| Catastrophe | 9741 | 0.02 | 825,606 | 165 |
| Terrorism AZ | 9740 | 0.0105 | 781,652 | 82 |
| Catastrophe | 9741 | 0.02 | 67,128 | 13 |
| Catastrophe | 9741 | 0.01 | 345,890 | 35 |
| Terrorism MT | 9740 | 0.0135 | 13,678 | 2 |
| Expense Constant | | | | 225 |
| Catastrophe | 9741 | 0.01 | 0 | 0 |
| Terrorism OR | 9740 | 0.016 | 67,394 | 11 |
| Terrorism NC | 9740 | 0.0158 | 6,509 | 1 |
| Terrorism ID | 9740 | 0.02 | 49,778 | 10 |
| Catastrophe | 9741 | 0.01 | 13,678 | 1 |
| Terrorism NV | 9740 | 0.0145 | 36,000 | 5 |
| Terrorism OK | 9740 | 0.016 | 67,128 | 11 |
| Minimum Premium OK | | $1,605 | | |
| Total Annual Premium | | | | 122,954 |

INTERNAL USE    3^
MGA        : ▮▮▮▮2763
Date       : 09/26/2019

Page - 13 -

Endorsement
WC 99 06 09

Case 2:20-DR-09857-MGW    Doc 111    Filed 11/17/20    Entered 11/17/20 17:05:39    Desc
Endorsement WC 99 06 09         Main Document        Page 75 of 76



### Policy Information Page - Revised Final Audit

| | |
|---|---|
| CA Fraud Surcharge  06/01/2017-06/01/2018   0.1675% | 49 |
| CA OSHF Assessment  06/01/2017-06/01/2018   0.2305% | 67 |
| IN Second Injury Fund  06/01/2017-06/01/2018   0.6100% | 0 |
| MT Workers Compensation Subsequent Injury Fund Surcharge  06/01/2017-06/01/2018 | 6 |
| MT Occupational Safety & Health Regulatory Assessment Surcharge  06/01/2017-06/01/2 | 6 |
| CA WCARF Assessment  06/01/2017-06/01/2018   0.3128% | 91 |
| CA CIGA Surcharge  06/01/2017-06/01/2018   2.0000% | 582 |
| CA LECF Assessment  06/01/2017-06/01/2018   0.1918% | 56 |
| CA SIBTF Assessment  06/01/2017-06/01/2018   0.1335% | 39 |
| OR Workers Compensation Premium Assessment  06/01/2017-06/01/2018   6.8000% | 294 |
| CA UEBTF Assessment  06/01/2017-06/01/2018   0.0721% | 21 |
| MT WC Regulatory Assessment Surcharge  06/01/2017-06/01/2018   1.5592% | 14 |
| IL Industrial Commission Operation Fund  06/01/2017-06/01/2018   1.0100% | 0 |
| Total Cost for REWC892763 | 124,179 |

Countersigned _____ , at _____

by _____
(Authorized Representative)

## Policy Reconciliation Page - Final Audit

| | |
|---|---|
| Policy cost prior to final audit | $ 131,620 |
| Billing fees charged | $ 0 |
| Payments applied | $(104,561) |
| Final audit adjustment | $(7,441) |
| **Balance due** | **$ 19,619** |

(The balance due will be billed separately.)

INTERNAL USE    3^
MGA      : ███2763
Date     : 09/26/2019

Page - 14 -

Endorsement
WC 99 06 09

Case 2:20-cr-09857-MGW   Public Document    Filed 11/17/20   18 Entered 11/17/20 17:05:39    Desc
Endorsement WC 99 06 09                Main Document          Page 76 of 76